﻿Citation Nr: AXXXXXXXX
Decision Date: 12/31/19 Archive Date: 12/30/19

DOCKET NO. 190516-5672
DATE: December 31, 2019

REMANDED

Entitlement to service connection for exercise-induced asthma is remanded.

REASONS FOR REMAND

The Veteran had active air service from December 2000 to February 2004.

On August 23, 2017, the President signed into law the Veterans Appeals Improvement and Modernization Act, Pub. L. No. 115-55 (to be codified as amended in scattered sections of 38 U.S.C.), 131 Stat. 1105 (2017), also known as the Appeals Modernization Act (AMA). This law creates a new framework for veterans to seek review of decisions with which they disagree made by the Department of Veterans Affairs (VA).

This matter is on appeal from an April 2019 rating decision issued by the Agency of Original Jurisdiction (AOJ). The Veteran timely appealed the AOJ’s decision to the Board of Veterans’ Appeals (Board), requesting Direct Review. See May 2019 Notice of Disagreement. Accordingly, the Board’s considered evidence of record at the time of the April 2019 rating decision. See 38 C.F.R. § 20.301.

The Board notes that service connection for exercise-induced asthma was initially granted in a July 2004 rating decision and assigned an initial rating effective February 18, 2004. A January 2005 rating decision proposed severing service connection for lack of a current disability, and an April 2005 rating decision implemented the severance effective June 30, 2005. The Veteran did not appeal that decision.

The Board concludes that this matter must be remanded to correct a duty-to-assist error that occurred prior to the April 2019 rating decision on appeal. While the AOJ did schedule the Veteran for a VA examination regarding the Veteran’s claim for service connection for exercise-induced asthma, there is no record in the claims file that the Veteran was ever notified of the examination dates and times. In fact, in an April 2019 Report of General Information, the Veteran confirmed that he did not receive notification and requested that they be rescheduled, with notification sent via email. Consequently, the record does not contain an adequate VA examination regarding the Veteran’s exercise-induced asthma. 

This matter is REMANDED for the following action:

1. Reschedule the Veteran for an examination by an appropriate clinician to determine the nature and etiology of any exercise-induced asthma. The examiner must determine whether there is objective evidence of a diagnosis for exercise-induced asthma, and if so, whether it is at least as likely as not related to an in-service injury, event, or disease, including asthma shown during active service in 2003.

(Continued on the next page)

 

Send the Veteran appropriate notice of the date and time of the rescheduled examination, including by email. Associate this notice with the claims file.

 

MARISSA CAYLOR

Acting Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board Douglas M. Humphrey, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.